UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

RICHARD L. NUCCIO

       Plaintiff

   v.                                **Civil Action No.  08-CV-0113**

NCO FINANCIAL SYSTEMS, INC.

       Defendant
_____

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Richard L. Nuccio, hereby voluntarily dismisses this action against Defendant NCO Financial Systems, Inc., with prejudice.


DATED:      May 19, 2008


/s/Amanda R. Jordan
Amanda R. Jordan, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884
ajordan@kennethhiller.com